# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ARA AFARIAN, derivatively on behalf of TRUECAR, INC., | Case No: 1:19-cv-00617-CFC |
| Plaintiff, | |
| v. | |
| VICTOR "CHIP" PERRY, MICHAEL GUTHRIE, JOHN PIERANTONI, ABHISHEK AGRAWAL, ROBERT BUCE, CHRISTOPHER CLAUS, STEVEN DIETZ, JOHN KRAFCIK, ERIN LANTZ, JOHN MENDEL, WESLEY NICHOLS, ION YADIGAROGLU, and THE UNITED STATES AUTOMOBILE ASSOCIATION | |
| Defendants | |
| -and- | |
| TRUECAR, INC., a Delaware corporation, | |
| Nominal Defendant. | |
| SHELLEY NIEMI, derivatively on behalf of TRUECAR, INC., | Case No: 1:19-cv-00625-CFC |
| Plaintiff, | |
| v. | |
| VICTOR PERRY, MICHAEL GUTHRIE, JOHN PIERANTONI, ABHISHEK AGRAWAL, ROBERT BUCE, CHRISTOPHER CLAUS, STEVEN DIETZ, JOHN KRAFCIK, ERIN LANTZ, JOHN MENDEL, WESLEY NICHOLS, ION YADIGAROGLU, and THE UNITED STATES AUTOMOBILE ASSOCIATION | |
| Defendants | |
| -and- | |
| TRUECAR, INC., a Delaware corporation, | |
| Nominal Defendant. | |

**ORDER GRANTING STIPULATION TO CONSOLIDATE RELATED DERIVATIVE ACTIONS AND APPOINT LEAD AND LIAISON COUNSEL**

Plaintiffs in two related derivative actions on behalf of nominal defendant TrueCar, Inc., Ara Afarian and Shelley Niemi, by counsel, having filed their Stipulation to Consolidate Related Derivative Actions and Appoint Lead and Liaison Counsel, AND THE COURT, having duly considered the Plaintiffs' Stipulation, NOW FINDS that the same should be granted.

IT IS, THEREFORE, ORDERED:

1. The following Related Derivative Actions shall be consolidated for all purposes, including pre-trial proceedings and trial, into one action (the "Consolidated Derivative Action"):

| Case Name | Case No. | Date Filed |
|---|---|---|
| *Afarian v. Perry, et al.* | 1:19-cv-00617 | April 1, 2019 |
| *Niemi v. Perry, et al.* | 1:19-cv-00625 | April 3, 2019 |

2. Every pleading filed in this consolidated action, or in any separate actions included herein, shall bear the following caption:

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re TRUECAR, INC. SHAREHOLDER DERIVATIVE LITIGATION | ) Lead Case No. 1:19-cv-00617 <br> ) <br> ) (Consolidated with Case No. 1:19-cv-00625) <br> ) |
| This Document Relates To: | ) <br> ) <br> ) |
| ALL ACTIONS | ) <br> ) |

3. The files of the Consolidated Derivative Action will be maintained in one file under Lead Case No. No. 1:19-cv-00617.

4. This Order shall apply to any purported stockholder derivative action on behalf of nominal defendant TrueCar, arising out of the same or substantially the same transactions or events as the Consolidated Derivative Action that is subsequently filed in, removed to, or transferred to this Court.

5. If a case which properly belongs as part of *In re TrueCar, Inc. Shareholder Derivative Litigation*, Civil Action No. 1:19-cv-00617, is hereafter filed in this Court or transferred here from another court, counsel shall promptly call to the attention of the Clerk of the Court the filing or transfer of any case, which might properly be consolidated as part of *In re TrueCar, Inc. Shareholder Derivative Litigation*, Civil Action No. 1:19-cv-00617.

6. Johnson Fistel, LLP shall serve as Lead Counsel for plaintiffs in the Consolidated Derivative Action. Lead Counsel shall have authority to speak for plaintiffs in matters regarding pre-trial and trial procedure and settlement negotiations and shall make all work assignments in such manner as to facilitate the orderly and efficient prosecution of the Consolidated Derivative Action and to avoid duplicative or unproductive efforts.

7. Cooch and Taylor, P.A. shall serve as liaison counsel for plaintiffs in the Consolidated Derivative Action.

8. Defendants' counsel may rely upon all agreements made with Lead Counsel, and such agreements shall be binding on all plaintiffs.

9. Pursuant to Fed. R. Civ. P. 5(b)(2)(E)-(F), service by e-mail transmission shall be permitted in addition to service via ECF notification. For non-CM/ECF participants, service shall be deemed effective upon transmission of e-mail.

3

Date: ___4/17/19___

The Honorable Colm F. Connolly