**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re TRUECAR, INC. SHAREHOLDER DERIVATIVE LITIGATION <br><br> This Document Relates To: <br><br> ALL ACTIONS | ) Lead Case No. 1:19-cv-00617 <br> ) <br> ) (Consolidated with Case No. 1:19-cv-00625) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**PLAINTIFF'S UNOPPOSED MOTION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 23.1(c) and 41(a)**

Pursuant to Federal Rules of Civil Procedure 23.1(c) and 41(a), Plaintiff Ara Afarian ("Plaintiff"), by his undersigned counsel, hereby moves this Court for an Order voluntarily dismissing this Action brought on behalf of Nominal Defendant TrueCar, Inc. ("TrueCar"), against defendants Victor Perry, Michael Guthrie, John Pierantoni, Abhishek Agrawal, Robert Buce, Christopher Claus, Steven Dietz, John Krafcik, Erin Lantz, John Mendel, Wesley Nichols, Ion Yadigaroglu, and the United States Automobile Association (together with TrueCar, the "Defendants"), without prejudice and with all parties to bear their own costs and fees. Counsel for the parties have met and conferred regarding the issues raised in this Motion, and Defendants do not oppose this Motion.

DATED: August 29, 2019

                                                        */s/ Blake A. Bennett*
                                                      BLAKE A. BENNETT (#5133)
                                                      **COOCH AND TAYLOR, P.A.**
                                                      The Brandywine Building
                                                      1000 West Street, 10th Floor
                                                      Wilmington, DE 19801
                                                      Telephone: (302) 984-3800
                                                      Facsimile: (302) 984-3939
                                                      bbennett@coochtaylor.com

                                                      *Liaison Counsel for Ara Afarian*

**OF COUNSEL**
MICHAEL I. FISTEL, JR.
**JOHNSON FISTEL, LLP**
40 Powder Springs Street
Marietta, GA 30064
Telephone: (470) 632-6000
Facsimile: (770) 200-3101
michaelf@johnsonfistel.com

*Lead Counsel for Ara Afarian*