**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re TRUECAR, INC. SHAREHOLDER DERIVATIVE LITIGATION | ) ) ) ) | Lead Case No. 1:19-cv-00617 |
| | | (Consolidated with Case No. 1:19-cv-00625) |
| This Document Relates To: | ) ) ) | |
| ALL ACTIONS | ) ) ) ) | |

**[PROPOSED] ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR
VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO
FED. R. CIV. P. 23.1(c) and 41(a)**

AND NOW, this 4*7*ᵗʰ day of *September* , 2019, the Court having considered

Plaintiff's unopposed motion to voluntarily dismiss this Action brought on behalf of Nominal

Defendant TrueCar, Inc. against defendants Victor Perry, Michael Guthrie, John Pierantoni,

Abhishek Agrawal, Robert Buce, Christopher Claus, Steven Dietz, John Krafcik, Erin Lantz, John

Mendel, Wesley Nichols, Ion Yadigaroglu, and the United States Automobile Association, and

finding good cause therefore,

IT IS HEREBY ORDERED that Plaintiff's unopposed motion to voluntarily dismiss this

action without prejudice and with all parties to bear their own costs and fees is GRANTED.

_____
The Honorable Colm F. Connolly